In the Matter of the Intermediate Accounting of HETTY GOLDMAN et al., as Executors of JULIUS GOLDMAN, Deceased, Respondents. UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee under the Will of JULIUS GOLDMAN, Deceased, Appellant; SIDNEY C. KOFF, for Himself as a Stockholder and All

Other Stockholders of The American Metal Company, Limited, in Like Situation, Respondent.— Decree so far as appealed from affirmed, with costs to the respondents Hetty Goldman, Edwin C. Vogel and Henry L. Moses, as executors of the will of Julius Goldman, deceased, payable out of the estate. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Martin, P. J., dissents.